IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eugene S. McClelland,

Plaintiff,

v.

PHARMACIA CORPORATION, f/k/a Monsanto Company, a Delaware corporation,

Defendant.

Court File No. 00-1505 PAM/RLE

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

STIPULATON AND AGREEMENT OF COUNSEL:

The parties hereby stipulate and agree that the defendant shall have a 14-day extension of time to answer or otherwise plead.

THEREFORE, the parties agree that the defendant shall serve an answer or shall otherwise plead on or before July 28, 2000.

Dated: 7-11, 2000

FOR PLAINTIFFS

By: Paul L. Ratelle

Paul L. Ratelle (#127632)
Daniel J. McGarry (#273855)
Fabyanske, Westra & Hart, P.A.
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
Fax: (612) 338-3857

Dated: 7-10, 2000

FOR DEFENDANTS

By: Michael T. Nilan

Michael T. Nilan (#79224)
Halleland Lewis Nilan Sipkins & Johnson, P.A.
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 388-1838
Fax: (612) 338-7858

FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DN: 92860

**ORDER**

It is so ordered this 18th day of July, 2000.

The Honorable Raymond L. Erickson
Magistrate Judge
United States District Court
District of Minnesota

DN: 92860