UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Eugene S. McClelland,

Plaintiff,

vs. ORDER

Pharmacia Corporation, a Delaware corporation, f/k/a Monsanto Company,

Defendant. Civ. No. 00-1505 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 14th day of September, 2000.

* * *

We vacate our Pretrial Notice and Order of September 13, 2000. A Pretrial Conference is already set before Chief Judge Paul A. Magnuson for September 14, 2000.

IT IS SO ORDERED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK