UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Eugene S. McClelland,

Plaintiff,

vs. MINUTE ORDER

Pharmacia Corporation,
f/k/a Monsanto Company, a
Delaware corporation,

Defendant. Civ. No. 00-1505 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of May, 2001.

* * *

On May 7, 2001, the Court heard argument on the Plaintiff's informal Motion to Compel the production of the telephone records of Kris Moody ("Moody"), who serves as a regional retail sales manager of the Defendant, and whose telephone records, the Plaintiff believes, will document certain telephonic conversations that the Plaintiff contends transpired. At the time of the Hearing, the Plaintiff appeared by Daniel J. McGarry, Esq., and the Defendant appeared by Wayne K. McNeil and Michael T. Nilan, Esqs. As expressed at the close of the Hearing, in the absence of a showing of jurisdiction, over the person of the records keepers of Moody's long distance providers, we are powerless to act, but the Plaintiff

20

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

has ready access to compulsory means, in the nature of a Court Subpoena, to gain access to the records in question.[1]

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff's informal Motion to Compel is DENIED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]The Defendant advises that it has transmitted a letter, with an attached Affidavit, to the Court, which documents the unsuccessful efforts of Moody to obtain the telephone records directly from his long distance providers. While we have not received the referenced letter to date, its contents do not appear to be in dispute. Accordingly, this is not a circumstance where we may order a party to produce documents which are in its care, or control, but not in its custody.