UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Eugene S. McClelland,

Plaintiff,

vs. MINUTE ORDER

Pharmacia Corporation,
f/k/a Monsanto Company, a
Delaware corporation

Defendant. Civ. No. 00-1505 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 13th day of June, 2001.

* * *

On June 12, 2001, the Court heard argument on the parties' informal joint Motion to Extend the deadlines contained in this Court's Pretrial Scheduling Order, dated September 27, 2000. For these purposes, the Plaintiff appeared by Paul L. Ratelle, Esq., and the Defendant appeared by Wayne K. McNeil, Esq. Good cause for extending the deadlines contained in the Pretrial Order having been demonstrated, we grant the parties' joint Motion to Extend.

At the time of the Hearing, both parties indicated that scheduling conflicts had recently arisen, thereby making it impossible to complete approximately 5 to 6 brief depositions by July 1, 2001, which is the discovery deadline in this case. As such, both par-

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ties requested a modest extension of the discovery deadline, in order to allow an adequate amount of time for the referenced depositions to be completed.

For the reasons expressed at the Hearing, we are satisfied that the parties have shown the good cause required, under Rule 16(b), Federal Rules of Civil Procedure, to warrant an extension of the deadlines in our Pretrial Order. Therefore, the parties' informal Motion to Extend the deadlines in our Pretrial Order of September 27, 2000, is granted, but only as follows: close of discovery will occur on August 15, 2001; the deadline for the filing of non-dispositive Motions shall be September 15, 2001; the deadline for the filing of dispositive Motions is reset to October 15, 2001; and the Ready for Trial date will be November 15, 2001, or 30 days after the Court issues a ruling on any then outstanding dispositive Motions.

NOW, THEREFORE, It is --

ORDERED:

That the parties' joint Informal Motion to Extend the Deadlines contained in the Court's Pretrial Schedule is GRANTED, to the extent allowed in the text of this Minute Order.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE