UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Eugene S. McClelland,

Plaintiff,

vs. MINUTE ORDER

Pharmacia Corporation, f/k/a Monsanto Company, a Delaware Corporation,

Defendant. Civ. No. 00-1505 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 13th day of August, 2001.

* * *

On August 10, 2001, the Court heard argument on the Plaintiff's informal request for an extension of the discovery deadline in order to take the depositions of two third-party witnesses who had been served, by the Plaintiff with a subpoena duces tecum. The subpoenas were served within the current discovery period, which does not close until August 15, 2001, but counsel for the third-party witnesses has a military commitment which requires his presence outside of the country. The Defendant opposes the Motion.

At the time of the Hearing, the Plaintiff appeared by Paul L. Ratelle, Esq., and the Defendant appeared by Wayne K. McNeil, Esq. As we stated at the close of the Hearing, good cause for the modest

(25)

FILED AUG 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

extension has been shown and, therefore, we grant the Plaintiff's informal Motion. In brief, the Plaintiff served a discovery demand which was fully answerable within the period open for discovery. While, as the Defendant urges, the Plaintiff could be faulted for not having the foresight to inquire of the third-party witnesses, well prior to the close of discovery, as to the availability of their legal counsel for his attendance at planned depositions, the amount of that fault is inappreciable. By allowing the brief extension, we do no more than accord courtesy to a third-party, and its counsel, who are not parties to this litigation, for an exigency which was not of the Plaintiff's making.

As we noted, at the Hearing, if the taking of these depositions after August 15, 2001, requires a modification of the dispositive Motion filing date, the parties should promptly advise in order that no one will be prejudiced, however inadvertently, by the extension we grant. We wish to make clear, however, that the continued depositions should be completed promptly, in order that the command of Rule 1, Federal Rules of Civil Procedure, may be honored.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff's informal Motion for an extension of the discovery deadline is GRANTED to the limited extent of allowing the

Plaintiff to take two third-party depositions **by no later than September 7, 2001.**

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE