**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1505 PAM/RLE**

---

Eugene S. McClelland,

Plaintiff,

-vs- **ORDER**

PHARMACIA CORPORATION,
f/k/a Monsanto Company, a
Delaware corporation,,

Defendant.

---

The above-captioned matter was considered by the undersigned on Plaintiffs' informal letter request to amend the Court's Minute Order filed August 13, 2001 extending the discovery deadline in order to take the depositions of two third party witnesses. Specifically, Plaintiff had requested that the Minute Order be modified to reflect the fact that the parties to this litigation have agreed to take third party depositions on September 12, 2001. Accordingly,

**IT IS HEREBY ORDERED** that:

The Court's Minute Order filed August 13, 2001 is modified, and the parties in the above matter take the depositions of third party witnesses as late as September 12, 2001. In all other respects, the Court's Minute Order filed August 13, 2001 remains the same.

Dated: 8/24, 2001

BY THE COURT:

Raymond L. Erickson
Magistrate Judge of U.S. District Court

N:\pl\djm\149388.doc

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______