UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

October 18, 2001

Mr. Paul L. Ratelle
Mr. Daniel J. McGarry
Fabyanske, Westra & Hart
920 2nd Ave. S
Suite 1100
Minneapolis, MN 55402

Mr. Michael T. Nilan
Ms. Jennifer L. Kittelsen
Halleland, Lewis, et al.
220 6th St. S
Suite 600
Minneapolis, MN 55402

Mr. Wayne K. McNeil
Frilot, Partridge, et al.
1100 Poydras St.
Suite 3600
New Orleans, LA 70163

**LETTER ORDER**

Re: McClelland v. Pharmacia Corp.
Civ. No. 00-1505 (PAM/RLE)

Dear Counsel:

On October 11, 2001, the Court heard argument on the Plaintiff's Motion to Amend Complaint. Prior to the hearing, the Plaintiff filed, without leave of the Court, a Supplemental Brief regarding the Motion to Amend Complaint. During oral argument, the Court granted the Defendant leave to file a letter brief addressing the Supplemental Brief.

The Court did not open the door for additional pleadings, whether in the form of formal briefs or informal letter briefs, however, counsel has taken it upon themselves to burden the Court with additional, uninvited letter briefs. Those additional letter briefs are not being considered, are being struck from the record and are being returned to the appropriate parties. They are:

1. Letter brief dated October 17, 2001, from Wayne K. McNeil, with attached copy of pages 59, 60 and 113-115 of deposition of Matthew Staloch taken on September 27, 2001.

2. Letter brief dated October 17, 2001, from Paul L. Ratelle (4 pages) with attached copy of pages 12, 13, 123 and 124 of deposition of Thomas J. Kladar, taken on August 14, 2001.

**The Clerk of Court is directed to not file the above documents and to return the same to the respective counsel.**

FILED OCT 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

(39)

cc: Clerk of Court/Duluth