UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Eugene S. McClelland,

Plaintiff,

vs. ORDER

Pharmacia Corporation, a
Delaware corporation, f/k/a
Monsanto Company,

Defendant. Civ. No. 00-1505 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of November, 2001.

* * *

On October 31, 2001, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Tuesday, November 20, 2001. The District Court is resetting the Trial Block for the above-entitled action and will hear the dispositive motion on November 30, 2001. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

52

NOV 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Settlement Conference set for Tuesday, November 30, 2001, at 10:00 a.m., in Duluth, Minnesota, shall be, and hereby is, reset to **10:00 a.m., Friday, January 4, 2002**, in Court Room No. 3, United States Courthouse, Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE